Tino SORCHINI, Plaintiff–Appellant,

v.

CITY OF COVINA, Defendant–Appellee.

No. 99–56257.

D.C. No. CV–92–02825–CBM.

United States Court of Appeals, Ninth Circuit.

Submitted March 5, 2001.*

Decided May 4, 2001.

Before KOZINSKI and TALLMAN, Circuit Judges, and ZAPATA, District Judge.**

MEMORANDUM ***

The City of Covina may only be liable if the wrong was committed according to municipal policy, practice or custom. *See Monell v. Department of Soc. Servs.*, 436 U.S. 658, 694, 98 S.Ct. 2018, 56 L.Ed.2d 611 (1978). The city presented uncontroverted evidence that police policy requires its officers to give a warning prior to using a dog. Even if the officers in this case failed to do so, the city would not be liable under 42 U.S.C. § 1983. Thus, any errors in the jury instructions were harmless.

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** The Honorable Frank Zapata, United States District Judge for the District of Arizona, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.